# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEWARD A. RITCHEY**, | : | CIVIL NO. 1:CV-02-1858 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JO ANNE BARNHART**, Commissioner of Social Security, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 18th day of October, 2006, upon consideration of plaintiff's motion (Doc. 26) for attorney's fees pursuant to the Social Security Act, 42 U.S.C. § 406(b), and it appearing the order of court dated December 15, 2003 (Doc. 25) awarded attorney's fees of $4,374.14 to counsel for plaintiff under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), see Gisbrecht v. Barnhart, 535 U.S. 789, 796 (2002) ("Fee awards may be made under both [§ 406(b) and the EAJA], but the claimant's attorney must 'refun[d] to the claimant the amount of the smaller fee.'"); see also Rosser v. Chater, No. 94-5620, 1999 WL 144106, at *1 (E.D. Pa. Mar. 15, 1999) (same), and the court finding that the requested attorney's fees under 42 U.S.C. § 406(b) are reasonable, it is hereby ORDERED that:

1. The motion for attorney's fees (Doc. 26) is GRANTED.

2.	Counsel for plaintiff, Steven M. Rollins, Esquire, is AWARDED an attorney's fee in the amount of $12,499.10,[1] to be payable from plaintiff's past-due benefits award.  See 42 U.S.C. § 406(b).

3.	Counsel for plaintiff, Steven M. Rollins, Esquire, shall remit to plaintiff the $4,374.14 Equal Access to Justice Act award granted by the order of court dated December 15, 2003 (Doc. 25).  See Gisbrecht v. Barnhart, 535 U.S. 789, 796 (2002).

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] This amount represents twenty-five percent (25%) of plaintiff's past-due benefits, less the $5,145.00 amount already received by counsel for plaintiff under 42 U.S.C. § 406(b).